*CV-S-00-0158*



*CV-S-00-0158-0046*



*08/18/2000*



*\*A08/18/200*



**ENTERED AND SERVED**
AUG 18 2000
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

RECEIVED AND FILED
AUG 18 8 39 AM '00
LANCE WILSON
CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICK MAYES, et al., | ) |
| Plaintiffs, | ) CV-S-00-0088-PMP (LRL) |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) O R D E R |
| Defendants. | ) |

On July 21, 2000, Defendant United States of America filed a Motion to Dismiss the Complaint (#7). A review of the Court's file shows that to date, Plaintiff has failed to file a Response in opposition to Defendant's Motion. Therefore, pursuant to the provisions of Local Rule 7-2(d) of the Rules of Practice of the United States District Court for the District of Nevada, Plaintiff consents to the granting of Defendant's Motion.

IT IS THEREFORE ORDERED that Defendant United States Motion to Dismiss (#7) is granted.

DATED: August 17, 2000

_____
PHILIP M. PRO
United States District Judge